1  ANNE-MARIE WAGGONER, Bar No. 173407
   LITTLER MENDELSON
2  A Professional Corporation
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA 94597
4  Telephone:  925.932.2468
   awaggoner@littler.com
5  awoerner@littler.com

6  Attorneys for Defendants
   TRUGREEN LANDCARE; and THE
7  SERVICEMASTER COMPANY, INC.

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 MARK OLIVER,                    Case No. C 10-05933 MEJ

12        Plaintiff,               **STIPULATION AND [PROPOSED]
                                   ORDER CONTINUING INITIAL CASE
13   v.                            MANAGEMENT CONFERENCE**

14 TRUGREEN LANDCARE; and THE      Current CMC Date: April 7, 2011
   SERVICEMASTER COMPANY, INC.,    Time: 10:00 a.m.
15                                 Courtroom: B - 15th Floor
          Defendants.              Judge: Hon. Maria-Elena James
16
                                   Trial Date: None Set
17

18

19        Plaintiff Mark Oliver, by and through his counsel of record, Hunter Pyle, Esq. and

20 Daljit Dhami, Esq. of Sundeen Salinas and Pyle, and Defendants, TruGreen Landcare and The

21 ServiceMaster Company, Inc. (collectively "Defendants"), by and through their counsel of record,

22 Anne-Marie Waggoner, Esq. of Littler Mendelson P.C., hereby stipulate and agree as follows:

23        1.     Plaintiff's Complaint for Damages, filed on December 28, 2010, alleges that

24 Defendants discriminated against Plaintiff on the basis of his age and disability, failed to

25 accommodate Plaintiff's alleged disability, failed to engage in the interactive process, failed to

26 prevent harassment, and failed to pay Plaintiff all wages due upon discharge.

27        3.     Defendants' responsive pleading is due on March 7, 2011.

28        4.     The initial case management conference in this matter is currently scheduled

for April 7, 2011.

5. Because counsel for Defendants will be out-of-state on a pre-planned vacation on April 7, 2011, the parties agreed to request that the initial case management conference be continued one week.

6. The parties therefore request that the initial case management conference, currently set for April 7, 2011 at 10:00 a.m., be continued to **April 14, 2011 at 10:00 a.m.**, or such subsequent date as the Court may set.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 7, 2011

/s/
ANNE-MARIE WAGGONER
LITTLER MENDELSON
Attorneys for Defendants
TRUGREEN LANDCARE; and THE
SERVICEMASTER COMPANY, INC.

Dated: March 7, 2011

/s/
HUNTER PYLE
DALJIT DHAMI
SUNDEEN SALINAS & PYLE
Attorneys for Plaintiff
MARK OLIVER

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ordered as follows: the initial case management conference in the above captioned action is hereby continued from April 7, 2011, at 10:00 a.m. to **April 14, 2011 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: ~~February ___, 2011~~
       March 8, 2011

_____
MARIA-ELENA JAMES
United States Magistrate Judge

Firmwide:99835807.1 053274.1039

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

2.

Case No. C 10-05933 MEJ

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468