HUNTER PYLE, SBN 191125
DALJIT DHAMI, SBN 256983
SUNDEEN SALINAS & PYLE
428 Thirteenth Street, 8th Floor
Oakland, California 94612
Telephone: (510) 663-9240
hpyle@ssrplaw.com
ddhami@ssrplaw.com

Attorneys for Plaintiff
MARK OLIVER

ANNE-MARIE WAGGONER, Bar No. 173407
ALEXA WOERNER, Bar No. 267609
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone:   925.932.2468
awaggoner@littler.com
awoerner@littler.com

Attorneys for Defendants
TRUGREEN LANDCARE; and THE SERVICEMASTER COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OLIVER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRUGREEN LANDCARE; and THE SERVICEMASTER COMPANY, INC.,<br><br>　　　　Defendants. | Case No.: C 10-05933 MEJ<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON |

OLIVER v. TRUGREEN LANDCARE
Case No.: C 10-05933 MEJ
STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)
AND ORDER THEREON
-1-

## STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff MARK OLIVER, by and through his attorneys of record, and defendants TRUGREEN LANDCARE and THE SERVICEMASTER COMPANY, INC., by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

IT IS SO STIPULATED.

Dated: October 27, 2011

SUNDEEN SALINAS & PYLE

By: _____
Hunter Pyle

Attorneys for Plaintiff
MARK OLIVER

Dated: October 27, 2011

LITTLER MENDELSON

By: _____
Anne-Marie Waggoner

Attorneys for Defendants
TRUGREEN LANDCARE; and THE
SERVICEMASTER COMPANY, INC.

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

IT IS SO ORDERED.

Dated: 11/2/11

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge